UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARL NELSON,

      Plaintiff,

v.                                                                Case No. 8:23-cv-766-SPF

BLESSINGS TREATMENT AND RECOVERY
CENTER LLC d/b/a ROCKLAND
TREATMENT CENTER,

      Defendant.

_____/

## ORDER

On February 22, 2024, the parties filed a Joint Stipulation of Dismissal with Prejudice

(Doc. 24).  The Stipulation provides that each party will bear its own attorney's fees and costs

(*Id.*).  In accord with the Stipulation, this action is **DISMISSED WITH PREJUDICE** under

Rule 41(a)(2), Federal Rules of Civil Procedure.  The Clerk is directed to close the case.

**ORDERED** in Tampa, Florida, on May 7, 2024.

_____

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE